IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WARNER HARRELL PLANTATION, LLC, C.W. ROBERT HARRELL, CURTIS R. HARRELL, MATTHEW W. HARRELL, and MERI HARRELL,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0293

Appellants,

v.

CENTERSTATE BANK OF FLORIDA, N.A.,

Appellee.

_____/

Opinion filed June 8, 2016.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Stephen C. Bullock and Christopher M. Costello of Brannon, Brown, Haley & Bullock, P.A., Lake City, for Appellants.

Robert B. George and Ryan J. Mittauer of Liles, Gavin, P.A., Jacksonville, for Appellee.

PER CURIAM.

   AFFIRMED.

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.